IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENDO PHARMACEUTICALS, INC., TEIKOKU PHARMA USA, INC., and TEIKOKU SEIYAKU CO., LTD., <br><br> Plaintiffs, <br><br> v. <br><br> NOVEN PHARMACEUTICALS, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) C.A. No. 12-831-GMS ) ) ) ) ) ) |

## JOINT STIPULATED ORDER OF DISMISSAL WITHOUT PREJUDICE

WHEREAS, Plaintiffs Endo Pharmaceuticals Inc., Teikoku Pharma USA, Inc., and Teikoku Seiyaku Co., Ltd. (collectively, "Plaintiffs") commenced this suit alleging, *inter alia*, that the filing of Abbreviated New Drug Application No. 20-3265 (the "Noven ANDA") by defendant Noven Pharmaceuticals, Inc. ("Noven") with the United States Food and Drug Administration, including Noven's request to engage in commercial manufacture, use, importation, sale and/or offer for sale of a generic version of Plaintiffs' Lidoderm® product prior to the expiration of United States Patent No. 5,827,529 ("'529 patent"), was an act of patent infringement;

WHEREAS, Noven denied infringement of the '529 patent and asserted defenses and counterclaims related thereto;

WHEREAS, Plaintiffs agree to dismiss without prejudice any and all of their claims and defenses against Noven in the instant action, and Noven agrees to dismiss without prejudice any and all of its counterclaims and defenses in the instant action;

01:15340583.1

1

Case 1:12-cv-00831-GMS Document 85 Filed 04/17/14 Page 2 of 5 PageID #: 2033
Case 1:12-cv-00831-GMS Document 87-1 Filed 04/17/14 Page 2 of 3 PageID #: 2042

WHEREAS, the Plaintiffs and Noven have entered into a Settlement and License Agreement dated as of April 15, 2014 ("Settlement and License Agreement"), pursuant to which the parties have resolved the above-referenced action and Plaintiffs have granted to Noven and its affiliates a non-exclusive license under, *inter alia*, the '529 patent in the United States;

NOW, THEREFORE, the Parties stipulate that:

1. Noven covenants that Noven, its Distribution Partner, their Affiliates, and their respective officers, agents, servants, employees and attorneys, and those persons in active concert or participation with Noven, shall not, until the applicable Start Date (as defined in the Settlement and License Agreement), manufacture, use, market, offer for sale, or sell, or assist or authorize any third party to do any of the foregoing, within the Territory (as defined in the Settlement and License Agreement) or import into the Territory, any product that is marketed and/or sold under the Noven ANDA, except to the extent such activities are otherwise permitted under the Settlement and License Agreement and/or under 35 U.S.C. § 271(e)(1). This covenant shall terminate automatically upon the applicable Start Date (as defined in the Settlement and License Agreement).

2. All claims and counterclaims in the above-referenced action, and any defenses thereto, are dismissed without prejudice and without costs, on the terms set forth in the Settlement and License Agreement.

3. Each party shall bear its own costs, expenses and attorneys' fees in connection with the above-referenced action.

01:15340583.1

2

4. The parties waive any right of appeal from this Joint Stipulated Order of Dismissal.

5. The Court retains jurisdiction over this Joint Stipulated Order of Dismissal, and the interpretation of the Settlement and License Agreement as it pertains to this Joint Stipulated Order of Dismissal, in the event of any dispute concerning it.

DATED: April 17, 2014

JOINTLY SUBMITTED BY

*/s/ Julia Heaney*      */s/ Karen L. Pascale*

Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19801
(302) 658-9200
jblumenfeld@mnat.com
jheaney@mnat.com

*Attorneys for Plaintiffs,*
*Endo Pharmaceuticals Inc.,*
*Teikoku Pharma USA, Inc.,*
*and Teikoku Seiyaku Co., Ltd.*

Karen L. Pascale (#2903)
Pilar G. Kraman (#5199)
YOUNG CONAWAY STARGATT & TAYLOR LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
kpascale@ycst.com
pkraman@ycst.com

*Attorneys for Defendant,*
*Noven Pharmaceuticals, Inc.*

SO ORDERED this 17th day of April, 2014

_____
CHIEF, UNITED STATES DISTRICT JUDGE

01:15340583.1

3